**FILED**
**FEB 1 3 2024**
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 4:24-cr-015 |
| | ) | |
| v. | ) | INDICTMENT |
| | ) | |
| SCOTT EUGENE SMITH, | ) | T. 18 U.S.C. § 922(g)(1) |
| | ) | T. 18 U.S.C. § 924(a)(8) |
| | ) | T. 18 U.S.C. § 924(c)(1)(A)(i) |
| | ) | T. 18 U.S.C. § 924(c)(1)(A)(ii) |
| Defendant. | ) | T. 18 U.S.C. § 924(c)(1)(A)(iii) |
| | ) | T. 18 U.S.C. § 924(d) |
| | ) | T. 21 U.S.C. § 841(a)(1) |
| | ) | T. 21 U.S.C. § 841(b)(1)(B) |
| | ) | T. 21 U.S.C. § 841(b)(1)(C) |
| | ) | T. 21 U.S.C. § 841(b)(1)(D) |
| | ) | T. 21 U.S.C. § 851 |
| | ) | T. 21 U.S.C. § 853 |
| | ) | T. 28 U.S.C. § 2461(c) |

**THE GRAND JURY CHARGES:**

## COUNT 1
### (Felon in Possession of a Firearm)

On or about September 25, 2023, in the Southern District of Iowa, the defendant, SCOTT EUGENE SMITH, did knowingly possess a loaded Ruger, model LCP II, .22LR caliber pistol, with serial number 380757181. At the time of the offense, the defendant knew he had been convicted of a crime punishable by imprisonment for a term exceeding one year.

This is a violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 2
**(Possession with Intent to Distribute a Controlled Substance)**

On or about September 26, 2023, in the Southern District of Iowa, the defendant, SCOTT EUGENE SMITH, knowingly and intentionally possessed with the intent to distribute a controlled substance, namely: five grams or more of methamphetamine, a Schedule II controlled substance.

This is a violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 3
**(Possession with Intent to Distribute a Controlled Substance)**

On or about September 26, 2023, in the Southern District of Iowa, the defendant, SCOTT EUGENE SMITH, knowingly and intentionally possessed with the intent to distribute a controlled substance, namely: a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

This is a violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 4
**(Possession with Intent to Distribute a Controlled Substance)**

On or about September 26, 2023, in the Southern District of Iowa, the defendant, SCOTT EUGENE SMITH, knowingly and intentionally possessed with the intent to distribute a controlled substance, namely: a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance.

This is a violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(D).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 5
**(Possessing, Brandishing, and Discharging a Firearm in Furtherance of a Drug Trafficking Crime)**

On or about September 26, 2023, in the Southern District of Iowa, the defendant, SCOTT EUGENE SMITH, did knowingly possess and brandish a firearm, namely: a loaded Llama (Gabilondo & Cia), model Max II, .45 Auto caliber pistol, with serial number C20004; and possess a firearm, namely: a CZ (Ceska Zbrojovka), model CZ-75B, nine-millimeter pistol, with serial number C023108, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute a controlled substance, as alleged in Counts 2, 3, and 4 of this Indictment. Further, the Llama pistol was discharged.

This is a violation of Title 18, United States Code, Section 924(c)(1)(A)(i), 924(c)(1)(A)(ii), and 924(c)(1)(A)(iii).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 6
### (Felon in Possession of a Firearm)

On or about September 26, 2023, in the Southern District of Iowa, the defendant, SCOTT EUGENE SMITH, did knowingly possess a firearm, namely, one or more of the following:

1. a loaded Llama (Gabilondo & Cia), model Max II, .45 Auto caliber pistol, with serial number C20004; and

2. a CZ (Ceska Zbrojovka), model CZ-75B, nine-millimeter pistol, with serial number C023108.

At the time of the offense, the defendant knew he had been convicted of a crime punishable by imprisonment for a term exceeding one year.

This is a violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

**THE GRAND JURY FINDS:**

**PRIOR CONVICTION**

Prior to the commission of the offenses charged in Counts 2, 3, and 4 of the Indictment, the defendant, SCOTT EUGENE SMITH, was convicted of Possession of a Controlled Substance with Intent to Deliver (Second or Subsequent), in violation Iowa Code Sections 124.401(1)(c)(2)(b), 124.401(1)(c)(2)(d), and 124.411, in the Iowa District Court for Polk County, in case number FECR224302, a serious drug felony, for which the defendant served more than 12 months of imprisonment and in which the defendant was released from any term of imprisonment within 15 years of the commencement of the instant offense.

This is pursuant to Title 21, United States Code, Section 851.

**THE GRAND JURY FURTHER FINDS:**

**NOTICE OF FORFEITURE**

That upon conviction of the offenses set forth in Counts 2, 3, and 4 of this Indictment, the defendant, SCOTT EUGENE SMITH, shall forfeit, to the United States, the following:

A. **Proceeds.** Any and all property constituting, and derived from, any proceeds such defendant obtained, directly or indirectly, and as a result of such violation, and

B. **Facilitation.** Any property used and intended to be used in any manner, or part, to commit or to facilitate the commission of such violation.

The property to be forfeited includes, but is not limited to:

1. Ruger, model LCP II, .22LR caliber pistol, with serial number 380757181; ammunition; magazines; and firearm parts; and

2. Llama (Gabilondo & Cia), model Max II, .45 Auto caliber pistol, with serial number C20004; ammunition; magazines; firearm parts; and

3. CZ (Ceska Zbrojovka), model CZ-75B, nine-millimeter pistol, with serial number C023108; ammunition; magazines; firearm parts.

This is pursuant to Title 21, United States Code, Section 853, and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

THE GRAND JURY FURTHER FINDS:

## NOTICE OF FORFEITURE

Upon conviction for the offenses alleged in Counts 1, 5, and 6 of this Indictment, the defendant, SCOTT EUGENE SMITH, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms, firearm parts, magazines, and ammunition involved in the commission of said offenses, including, but not limited to, the firearms, firearm parts, and ammunition identified in Counts 1, 5 and 6 of this Indictment.

This is pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

**A TRUE BILL.**

_____
FOREPERSON

Richard D. Westphal
United States Attorney

By: *[signature: KM Herrera]*
Kristin M. Herrera
Mikaela J. Shotwell
Douglas D. Hammerand
Assistant United States Attorneys