IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA



| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Criminal No. 4:24-cr-015 |
| v. | ) |
| | ) |
| SCOTT EUGENE SMITH, | ) |
| | ) |
| Defendant. | ) |

## PETITION TO ADJUDICATE RIGHTS

1. I, **Alexander Gomez** claim an interest in the following property
(print full name)

included in the Preliminary Order of Forfeiture (include sufficient information to identify the property such as serial numbers, make and model, etc.):

380757181, Ruger, LPC II

(Add additional sheets if necessary.)

2. Specify the nature of your interest in the property (i.e. owner, lienholder, etc.) and state when and how you obtained your interest:

Just wanted back because is My Personal defense.

(Add additional sheets if necessary).

RECEIVED
JAN 27 2025

3. Provide any other information supporting your claim to the property. You may send copies of any documents that support your claim such as titles, receipts, etc. (do not send original documents):

_Receipt_

I declare under penalty of perjury that the above is true and correct.

Date: 01/21/2025

_Alexander Gomez_
(Signature)

5801 SE 24th Unit 67
Des Moines, Iowa 50320
(Address)

515-890-8218
(Phone number)*

*You are not required to include your phone number on the copy filed with the Clerk of Court, but you **must** include it in the copy sent to the U.S. Attorney's Office.

## PROOF OF MAILING

On 01/21/2025, a copy of this Verified Claim was mailed to (1) the Clerk of Court, U.S. District Court, Room 300, 123 East Walnut Street, Des Moines, IA 50309; and (2) United States Attorney's Office, Attn: Craig Peyton Gaumer, 210 Walnut Street, Suite 455, Des Moines, IA 50309.

2



Des Moines Scheels
101 Jordan Creek Parkway
West Des Moines, IA 50266
515-727-4065

10/26/20  3:37 PM
Trans.: 69  Store: 00060
Reg: 030
Cashier: 67743  Sales: 67743

Sale

| Item | Qty | Price | Amount |
|---|---|---|---|
| HG LCPII 22LR/BLK | | | |
| 73667613705 | 1.0 ea | 319.99 | 319.99 T |
| AMMO 22LR ELEY CLUB | | | |
| 65091101700 | 1.0 ea | 12.99 | 12.99 T |
| AMMO 22LR ELEY CLUB | | | |
| 65091101700 | 1.0 ea | 12.99 | 12.99 T |

Subtotal 345.97
Sales Tax 24.22
Total Tax 24.22

Total 370.19
Cash 300.00
Visa Credit Card 70.19
　　Account: 0459
　　Auth #: 737176
　　Capture Method: Chip Read
　　Audit Trace No.: 300633
　　Terminal ID: 030
　　Application Name:
　　Auth Mode: Issuer

Total Tender 370.19

Change Due 0.00
Sold Item Count = 3

If you used a Scheels Visa Card today,
you earned 11.11 in reward value
toward your next Scheels Gift Card.
Reward Your Passion!

Customer Copy



SCHEELS.com